IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiffs,

v.

JAMES MCCORMACK,

Defendant.                                          No. 05-CV-202-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is Plaintiff United States of America's stipulation of dismissal filed pursuant to **RULE 41(a)(1)** due to Parties' settlement of all claims. (Doc. 6.) The Court **ACKNOWLEDGES** Plaintiff's stipulation and **DISMISSES with prejudice** Plaintiff's.

**IT IS SO ORDERED.**

Signed this 16th day of June, 2005.

/s/   David RHerndon
**United States District Judge**