IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                               Cause No.  05-CV-202 DRH

JAMES McCORMACK,

    Defendant.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.------

**NORBERT G. JAWORSKI, CLERK**

June 20, 2005                      By:   s/Patricia Brown
                                                                    Deputy Clerk

APPROVED:/s/   David RHerndon          EOD:   6/20/2005
          **U.S. DISTRICT JUDGE**